## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS FREEMAN MARTIN, | Case No. 1:17-cv-02263-TWP-TAB |
| Plaintiff, | Honorable Judge Tanya W. Pratt |
| v. | |
| R1 RCM, INC. d/b/a MEDICAL FINANCIAL SOLUTIONS, | |
| Defendant. | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, NICHOLAS FREEMAN MARTIN, and the Defendant, R1 RCM, INC d/b/a MEDICAL FINANCIAL SOLUTIONS , through their respective counsel that the above-captioned action is dismissed, with prejudice, against R1 RCM, INC d/b/a MEDICAL FINANCIAL SOLUTIONS  pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 9, 2018                     Respectfully Submitted,

**NICHOLAS FREEMAN MARTIN**          **R1 RCM, INC.**

*/s/ James C. Vlahakis*                    /s/ Krysta K. Gumbiner (*with consent*)

James C. Vlahakis                      Krysta K. Gumbiner
*Counsel for Plaintiff*                   *Counsel for Defendant*
Sulaiman Law Group, LTD                 Dinsmore & Shohl LLP
 2500 S. Highland Avenue, Suite 200       227 W. Monroe, Suite 3850
Lombard, Illinois 60148                 Chicago, IL 60606
Phone: (630) 575-8181                   Phone: (312) 372-6060
Fax :(630) 575-8188                     krysta.gumbiner@dinsmore.com
jvlahakis@sulaimanlaw.com