UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS FREEMAN MARTIN,<br><br>    Plaintiff,<br>v.<br><br>R1 RCM, INC. d/b/a MEDICAL FINANCIAL SOLUTIONS<br>    Defendant. | Case No: 1:17-cv-02263-TWP-TAB<br><br>Honorable Judge Tanya W. Pratt |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, NICHOLAS FREEMAN MARTIN ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

DISTRIBUTION:

Date: 2/12/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF